**Order filed October 9, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00512-CR
_____

### RONALD CROW, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 16373**

## ORDER

Appellant is represented by retained counsel, Sylvia Cedillo. No reporter's record has been filed in this case. On August 31, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Wendy L. Kirby, the official court reporter for the 21st District Court, informed this court that appellant plans to pay for the reporter's record on or before November 15, 2013.

The court reporter has informed this court that she will need 60 days from the date of payment to prepare the record.

Accordingly, we grant the court reporter's request for a 60-day extension of time beyond the date appellant makes payment arrangements. If payment arrangements are not made, appellant's counsel will be responsible for filing a brief without the record.

PER CURIAM